IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **Corinthian, LLC,** | : | |
| Debtor. | : | Case No. 08-12619(JKF) |
| _____ | | |

# ORDER

This 11th day of February, 2009, upon consideration of the Acting United States Trustee's Motion to Dismiss Case and after a hearing with notice, it is hereby

**ORDERED** and **DECREED** that the above-captioned bankruptcy case is **DISMISSED**.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Corinthian LLC
Box 205
Edgemont, PA 19028

David A. Scholl, Esquire
Regional Bankruptcy Center of SE PA
6 St Albans Avenue
Newtown Square, PA 19073

Paul Rogers, Kennedy, Esquire
P.O. Box 1043
Palm Beach, FL 33480

Peter William Digiovanni, Esquire
PO Box 250
Gradyville, PA 19039-0250

David M. Klauder, Esquire
U.S. Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107